*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

October 18, 2013

No. 04-13-00646-CV

ROBERT RAY PEREZ,
Appellant

v.

ARTURO ZEPEDA ARREDONDO, CUSA KBC, LLC D/B/A KERRVILLE BUS
COMPANY,
Appellees

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 10-07-15670-CV
Joaquin Villarreal III, Judge Presiding

## ORDER

After reviewing the parties' addendums to the Civil Docketing Statement in the above-numbered and styled appeal, this court has determined that this dispute is appropriate for referral to an Alternative Dispute Resolution (ADR) procedure. *See* TEX. CIV. PRAC. & REM. CODE § 154.021 (Vernon 2005). All further communications with this court by the parties regarding ADR shall be directed to the Clerk of the Court for any assistance in the mediation process.

All parties are ORDERED to respond in writing by **November 06, 2013,** stating: (1) the name, address, and fee schedule of the mediator of their choice; or (2) that they cannot agree on a mediator, in which case the court will appoint one; or (3) any objection to mediation and the reasons for such objection. *See id.* § 154.022 (b).

Provided the parties submit to mediation, this court will issue an order suspending all appellate deadlines for forty-five (45) days in order that the parties may concentrate on the scheduling and completion of the mediation process.

Is it so **ORDERED** on October 18, 2013.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on October 18, 2013.

_Keith E. Hottle_
Keith E. Hottle, Clerk